# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN W. deGRISE, | 3:10-CV-0662-LRH (RAM) |
| Plaintiff, | **ORDER** |
| vs. | |
| COLLEEN BAGUS, et al., | |
| Defendants. | |

Plaintiff has filed an Application to Proceed *In Forma Pauperis* (Doc. #1). In reviewing the request, the court finds that it does not have sufficient financial information to rule on the application.

**IT IS HEREBY ORDERED** that Plaintiff file an Affidavit with this court providing the following information:

1. The sources and amounts of all income for the preceding twelve (12) months including that from unemployment compensation or worker's compensation, if any;
2. Plaintiff's place of employment;
3. Plaintiff's marital status and, if married, the place of employment and income of his spouse;
4. Dependents, if any, and their relationship to Plaintiff;
5. Plaintiff's living expenses per month;
6. Amounts owed and monthly payments, if any; and

7. Any and all other assets and liabilities, including real property, jewelry, automobile and the like.

Plaintiff is to file the Affidavit with the Clerk of the Court on or before **4:00 P.M. on FRIDAY, NOVEMBER 19, 2010.**

DATED: October 25, 2010.

_____
UNITED STATES MAGISTRATE JUDGE