FILED ✓    RECEIVED ___
ENTERED ___    SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BENJAMIN W. DE GRISE,　　　　　)　　3:10-cv-00662-LRH (WGC)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　)　　**MINUTES OF THE COURT**
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　July 18, 2012
　　　　　　　　　　　　　　　　)
COLLEEN BAGUS, et. al.,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　 )
　　　　　　　　　　　　　　　　)

PRESENT:　　THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　　KATIE OGDEN　　　REPORTER:　NONE APPEARING

COUNSEL FOR PLAINTIFF(S):　NONE APPEARING

COUNSEL FOR DEFENDANT(S):　NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's "Demand for Evidence." (Doc. # 34.) Defendants have opposed. (Doc. # 36.)

　　The court finds that Plaintiff's "Demand for Evidence" is unintelligible, and after reviewing the document, the court cannot discern what relief Plaintiff is seeking. Accordingly, Plaintiff's "motion" (Doc. # 34) is **DENIED**.


　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk