FILED ✓ / ENTERED ___   RECEIVED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN W. DE GRISE, | 3:10-cv-00662-LRH (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 18, 2012 |
| COLLEEN BAGUS, et. al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Demand for Evidence." (Doc. # 34.) Defendants have opposed. (Doc. # 36.)

The court finds that Plaintiff's "Demand for Evidence" is unintelligible, and after reviewing the document, the court cannot discern what relief Plaintiff is seeking. Accordingly, Plaintiff's "motion" (Doc. # 34) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk